## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salwinder Singh,<br><br>           Petitioner,<br><br>v.<br><br>Secretary of the Department of Homeland Security, et al.,<br><br>           Respondents. | No.  CV-16-0790-PHX-DJH (DKD)<br><br><br>**REPORT AND RECOMMENDATION** |

TO THE HONORABLE DIANE J. HUMETEWA, U.S. DISTRICT JUDGE:

      Salwinder Singh filed an Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 arguing that he is eligible for a bond hearing and asking for a second credible fear hearing. (Doc. 4)  Respondents have informed the Court that Singh had a bond hearing and has been released from custody.  (Doc. 12-1)  Respondents further argue that this Court does not have jurisdiction to order a second credible fear hearing. (Doc. 9 a 4-10)  The Court agrees.  Thus, Singh has received all of the relief that this Court could have ordered.

      **IT IS THEREFORE RECOMMENDED** that Salwinder Singh's Amended Petition for Writ of Habeas Corpus be **dismissed as moot.**

      This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of  Appellate Procedure, should not be filed until entry of the district court's judgment. The parties shall have fourteen days from the date of service of a copy of this

recommendation within which to file specific written objections with the Court. *See*, 28 U.S.C. § 636(b)(1); Rules 72, 6(a), 6(b), Federal Rules of Civil Procedure. Thereafter, the parties have fourteen days within which to file a response to the objections. Failure timely to file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the district court without further review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure timely to file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation. *See* Rule 72, Federal Rules of Civil Procedure.

Dated this 13th day of October, 2016.

_____
David K. Duncan
United States Magistrate Judge